Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**

Anthony MATTHEWS, Petitioner

v.

Betty KIMBLE–MATTHEWS, Respondent.

No. 20 EM 2009.

Supreme Court of Pennsylvania.

May 14, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 14th day of May, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus Ad Subjiciendum and the Application to Amend are **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Dante OVERBY, Petitioner.

No. 23 EM 2009.

Supreme Court of Pennsylvania.

May 14, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 14th day of May, 2009, the "Appeal of Superior Court Order,"

which is treated as an Application for Relief, is **DENIED.**

DEPARTMENT OF CORRECTIONS and Department of Public Welfare, Respondent

v.

PENNSYLVANIA STATE CORRECTIONS OFFICERS ASSOCIATION, Petitioner.

Supreme Court of Pennsylvania.

May 15, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 15th day of May, 2009, following reconsideration, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

(1) Whether the decision of the Commonwealth Court is in accord with the provisions of Section 805 of the Public Employee Relations Act, Act

of July 23, 1970, P.L. 563, No. 195, 43 P.S. § 1101.805.